ORIGINAL

FILED

11/07/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0717

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0717

FILED

NOV 0 7 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

DARRELL DEAN SHARP,

    Defendant and Appellant.

**O R D E R**

Appellant Darrell Dean Sharp, via counsel, appeals the October 24, 2022 Judgment of the Third Judicial District Court, Powell County, in that court's Cause No. DC-20-40.

The State has filed a Notice of Concession. It concedes the District Court erred in denying Sharp's motion to represent himself and, under the particular facts and circumstances of this case, Sharp's conviction should be reversed and the judgment vacated. The State asks this Court to remand this matter to the District Court for that purpose.

Having considered the Appellant's Opening Brief and the State's Notice of Concession, and good cause appearing,

IT IS HEREBY ORDERED that this matter is REMANDED with instructions for the District Court to REVERSE Sharp's conviction and to VACATE the accompanying sentence and judgment in conformance with this Order.

Dated this 6th day of November, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices